IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01215-CBS

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK APLC 401(K)
PLAN,

      Plaintiffs,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

## DEFENDANT'S NOTICE OF RELATED CASE

In accordance with D.C.Colo.LCivR 3.2, Defendant Great-West Capital Management, LLC hereby gives notice that this case, *Duplass, Zwain, Bourgeois, Pfister & Weinstock APLC 401(K) Plan v. Great-West Capital Mgmt., LLC* (1:16-cv-01215-CBS), filed on May 20, 2016 in the District of Colorado, is related to the following case: *Obeslo v. Great-West Capital Mgmt., LLC* (1:16-cv-00230-CMA-MJW), filed on January 29, 2016 in the District of Colorado ("*Obeslo* Action"). A motion to consolidate these two cases was filed in the *Obeslo* Action on June 2, 2016.

Dated:  June 2, 2016                    Respectfully submitted

*s/ Edward C. Stewart*
Edward C. Stewart (#23834)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
stewart@wtotrial.com

and

Sean M. Murphy
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Telephone:  212.530.5688
Facsimile:  212.822.5688
smurphy@milbank.com

and

Robert M. Little
Great-West Life & Annuity Insurance Company
8525 East Orchard Road, 2T3
Greenwood Village, CO 80111
Telephone:  303.737.5089
Facsimile:  303.737.1699
bob.little@gwl.com

*Attorneys for Defendant, Great-West Capital Management, LLC*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 2, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

- **Mark T. Johnson**
  mjohnson@schneiderwallace.com, efilings@schneiderwallace.com

*s/ Edward C. Stewart*
Edward C. Stewart (#23834)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
stewart@wtotrial.com

*Attorneys for Defendant, Great-West Capital Management, LLC*