IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:16-cv-01215-CBS

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK APLC 401(K)
PLAN,

      Plaintiff,

v.

GREAT-WEST CAPITAL MANAGEMENT, LLC,

      Defendant.

---

**STIPULATION EXTENDING PERIOD FOR RESPONDING
TO PLAINTIFF'S COMPLAINT**

---

Plaintiff Duplass, Zwain, Bourgeois, Pfister & Weinstock APLC 401(K) Plan and

Defendant Great-West Capital Management, LLC ("GWCM"), through their undersigned

counsel, hereby respectfully submit this Stipulation Extending Period for Responding to

Plaintiff's Complaint, for a 10-day extension of time, to and including August 1, 2016, for

GWCM to file a pleading responsive to Plaintiff's Complaint.

Pursuant to D.C.COLO.LCivR 6.1(a) and (c), GWCM represents that it has not

previously sought to extend the deadline for filing a responsive pleading, and undersigned

counsel is contemporaneously serving this Stipulation on GWCM as shown on the attached

Certificate of Service.

STIPULATED AND AGREED TO BY:

Dated: July 14, 2016

*/s/ Mark T. Johnson*
Todd M. Schneider, CA Bar No. 158253
Mark T. Johnson, CA Bar No. 076904
Kyle G. Bates, CA Bar No. 299114
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:  415.421.7100
Facsimile:  415.421.7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns, AZ Bar No. 025887
Michael C. McKay, AZ Bar No. 023354
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Telephone:  480.428.0142
Facsimile:  866.505.8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Joseph C. Peiffer
**PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A PROFESSIONAL LAW
CORPORATION**
201 St. Charles Ave. Suite 4610
New Orleans, LA 70170

*Attorneys for Plaintiff*

Dated:  July 14, 2016

*/s/ Sean M. Murphy*
Sean M. Murphy
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
Telephone:  212.530.5688
Facsimile:  212.822.5688
smurphy@milbank.com

Robert J. Liubicic
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  424.386.4525
Facsimile:  213.629.5063
rliubicic@milbank.com

Edward C. Stewart (#23834)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
stewart@wtotrial.com

Robert M. Little
Great-West Life & Annuity Insurance Company
8525 East Orchard Road, 2T3
Greenwood Village, CO 80111
Telephone:  303.737.5089
Facsimile:  303.737.1699
bob.little@gwl.com

*Attorneys for Defendant, Great-West Capital Management, LLC*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on July 14, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

- **Mark T. Johnson**
  mjohnson@schneiderwallace.com
- **Robert M. Little**
  bob.little@greatwest.com
- **Sean M. Murphy**
  smurphy@milbank.com
- **Robert J. Liubicic**
  rliubicic@milbank.com
- **Edward C. Stewart**
  stewart@wtotrial.com

<u>via U.S. Mail</u>:
Robert M. Little
Assistant Vice President and Counsel, Litigation
Great-West Life & Annuity Insurance Company
8525 East Orchard Road, 2T3
Greenwood Village, CO 80111

*/s/ Sean M. Murphy*
Sean M. Murphy
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
Telephone:  212.530.5688
Facsimile:  212.822.5688
smurphy@milbank.com

*Attorney for Defendant, Great-West Capital Management, LLC*